**John F. Neupert, P.C.**, OSB No. 783168
john.neupert@millernash.com
**Elizabeth Tedesco Milesnick**, OSB No. 050933
elizabeth.milesnick@millernash.com
**MILLER NASH GRAHAM & DUNN LLP**
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
*Attorneys for Plaintiffs*

**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: (503) 727.2000
Facsimile: (503) 727.2222
**Ann Schofield Baker** (admitted Pro Hac Vice)
AnnBaker@perkinscoie.com
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112-0015
Telephone: (212) 262.6900
Facsimile: (212) 977.1649
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **GILT INC.**, an Oregon corporation; and **PAULA BIXEL**, an individual, <br><br> Plaintiffs, <br> v. <br><br> **GILT GROUPE, INC.**, a Delaware corporation, <br><br> Defendant. | Case No. 3:14-cv-01609-BR <br><br> STIPULATION OF DISMISSAL |

Page 1 - Stipulation of Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, stipulate that this action may be dismissed with prejudice and without an award of costs, disbursements, or attorney fees to any party.

**IT IS SO STIPULATED:**

MILLER NASH GRAHAM & DUNN LLP

John F. Neupert, P.C., OSB No. 783168
john.neupert@millernash.com
Elizabeth Tedesco Milesnick, OSB No. 050933
elizabeth.milesnick@millernash.com
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

*Attorneys for Plaintiffs*

Dated: May 1, 2015

PERKINS COIE LLP

Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
Telephone: (503) 727.2000
Facsimile: (503) 727.2222

Ann Schofield Baker (admitted Pro Hac Vice)
AnnBaker@perkinscoie.com
Telephone: (212) 262.6900
Facsimile: (212) 977.1649

*Attorneys for Defendant*

Dated: May 14, 2015

Page 2 -   Stipulation of Dismissal

70023521.1